IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-001-KDB-DCK

| | |
|---|---|
| **TANGLEWOOD REALTY & RENTALS, LLC, and DIANA BRANDON,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **ORDER** |
| **GREENWICH INSURANCE COMPANY, XL INSURANCE AMERICA, INC., and AXA INSURANCE COMPANY,** ) ) ) ) | |
| **Defendants**. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Joel M. Bondurant, Jr., concerning Richard P. Rouco on January 25, 2021. Joel M. Bondurant, Jr. seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Joel M. Bondurant, Jr. is hereby admitted *pro hac vice* to represent Plaintiffs.

Signed: January 25, 2021

David C. Keesler
United States Magistrate Judge