# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:21-CV-001-KDB-DCK

| | |
|---|---|
| TANGLEWOOD REALTY & RENTALS, LLC, and DIANA BRANDON, | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| GREENWICH INSURANCE COMPANY, XL INSURANCE AMERICA, INC., and AXA INSURANCE COMPANY, | )<br>)<br>)<br>) |
| **Defendants**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Joel M. Bondurant, Jr., concerning Richard P. Rouco, on January 25, 2021. Joel M. Bondurant, Jr. seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. **Richard P. Rouco** is hereby admitted *pro hac vice* to represent Plaintiffs.

Signed: February 8, 2021

David C. Keesler
United States Magistrate Judge