IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00001-KDB-DCK

| | |
|---|---|
| DIANA BRANDON, and TANGLEWOOD REALTY & RENTALS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>XL INSURANCE AMERICA, INC., AXA INSURANCE COMPANY, and GREENWICH INSURANCE COMPANY,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Parties Without Prejudice. (Doc. No. 10). In the Motion, the parties request the dismissal of XL Insurance of America, Inc. and AXA Insurance Company without prejudice. For the reasons stated in the Motion, the Court will grant the Motion and dismiss both parties.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Dismiss Parties Without Prejudice, (Doc. No. 10), is **GRANTED.** Defendants XL Insurance of America, Inc. and AXA Insurance Company are **HEREBY DISMISSED** without prejudice.

**SO ORDERED.**

Signed: March 8, 2021

Kenneth D. Bell
United States District Judge